# OWNERSHIP OF INTEREST
# AND OPERATIONS AGREEMENT

This Agreement is made and entered into this 24ᵗʰ day of May, 2017, by and between Brady Plant Operators, L.L.C. (hereinafter referred to as "BPO"), Huntland Properties, Ltd. (hereinafter referred to as "Huntland"), Huntland Resources, L.L.C. (hereinafter referred to as "Resources"), J Bar T, Ltd (hereinafter referred to as "JBT"), Nestor Outcomes, LLC (hereinafter referred to as "Nestor"), Passerina Ciris, LLC (hereinafter referred to as "Passerina"), Alphonso Energy, LLC (hereinafter referred to as "Alphonso ") and Loadcraft Industries, Ltd (hereinafter referred to as "Loadcraft").

**Whereas,** Huntland Properties, Ltd., Huntland Resources, L.L.C., J Bar T, Ltd, Nestor Outcomes, LLC , and Passerina Ciris, LLC are all the current limited partners in Loadcraft Industries, Ltd;

**Whereas,** Brady Plant Operators, L.L.C. is the general partner of Loadcraft;

**Whereas,** Alphonso desires to make an investment of capital into Loadcraft for a limited partner interest; and

**Whereas,** it is the desire of all the parties to avoid confusion as to the ownership interest in Loadcraft owned by each party, to stipulate and agree to the various changes in ownership of Loadcraft and to agree on management and operational issues regarding Loadcraft.

**Now, Therefore,** for and in consideration of the mutual promises and agreements contained herein, the parties do hereby stipulate and agree as follows:

1.    As of August 18, 2016 until the present, the ownership of Loadcraft is as follows:

| Partner | Units | Ownership |
|---|---|---|
| Brady Plant Operators, L.L.C. | 171 | .8075% |
| Huntland Resources, L.L.C. | 7,257 | 34.2924% |
| Huntland Properties, Ltd. | 5,148 | 24.3265% |
| J Bar T, Ltd. | 1,709 | 8.0757% |
| Nestor Outcomes, LLC | 4,761 | 22.4979% |
| Passerina Ciris, LLC | 2,116 | 10.0000% |
| Total | 21,162 | 100.0000% |

2.    On May 25ᵗʰ, 2017 Alphonso will invest the sum of $2,400,000 into Loadcraft as a capital contribution for a 50% ownership interest in Loadcraft at a per unit cost of $226.82.  At such time JBT agrees that its limited partner interest in Loadcraft is abandoned.  In connection with the capital contribution the ownership interest of Huntland, Resources, Nestor and Passerina will be reduced.  Accordingly as of May ___, 2017and going forward and until changed the parties agree that the ownership of Loadcraft is stipulated and agreed to be as follows:

*B. A*

**EXHIBIT "A"**

| Partner | Units | Ownership |
|---|---|---|
| Brady Plant Operators, L.L.C. | 171 | .8075% |
| Huntland Resources, L.L.C. | 3,616 | 17.0870% |
| Huntland Properties, Ltd. | 2,566 | 12.1253% |
| Alphonso Energy, LLC | 10,581 | 50.0000% |
| Nestor Outcomes, LLC | 3,174 | 15.0000% |
| Passerina Ciris, LLC | 1,054 | 4.9802% |
| Total | 21,162 | 100.0000% |

New unit certificates will be issued as soon as possible.

3.　　As noted above, BPO is the general partner of Loadcraft. Terry McIver will obtain the resignation of Donald L. Barley and Raymond E. Jones, Jr. as managers of BPO. In their place Terry McIver, as sole member of BPO, will elect Charles Hinkle and Glorious Splendor Too, LLC as Managers of BPO to replace Donald L. Barley and Raymond E. Jones, Jr. The parties agree that Glorious Splendor Too, LLC shall remain a Manager of BPO so long as Alphonso is a limited partner.

4.　　The parties desire to provide for continuity of management of Loadcraft. The parties further acknowledge that Section 6.3 of the Loadcraft Partnership Agreement provides that Terry McIver will be paid a management fee as part of an employment agreement between he and Loadcraft. No formal management agreement has been entered into, instead he has historically been paid a fee equal to 10% of all partner's distributions. In order to provide for the management continuity as noted above, the parties agree to amend Section 6.3 of the Partnership Agreement to provide for a management fee for Terry McIver and an employment agreement for Charles Hinkle. The parties will negotiate the management fee agreement and the employment agreement in good faith and the agreements must be entered into no later than June 16, 2017. Notwithstanding the terms of the Partnership Agreement to the contrary, it is agreed that these agreements must be approved by the limited partners by unanimous vote of all limited partners.

5.　　Section 6.11 of the Partnership Agreement provides that the General Partner may be removed as General Partner upon a Majority in Interest vote of Limited Partners. In order to preserve the existing operational management decision making of Loadcraft the parties agree that said Section 6.11 will be amended to require the affirmative vote of a majority of the Limited Partners in order to remove and/or change the General Partner. Huntland and Resources will collectively be entitled to one vote and each other limited partner will be entitled to one (1) vote on this matter.

6.　　As part of the negotiations for the capital contribution by Alphonso the parties have agreed to the uses of and disbursement of such funds by Loadcraft. Accordingly the parties agree that the contribution by Alphonso will be disbursed and used for the purposes as listed on Exhibit A attached hereto.

7.　　Loadcraft currently owes money to various limited partners. It owes Nestor the sum of $75,000, Huntland the sum of $705,938.55 and Passerina the sum of $950,000. The parties agree that distributions to pay taxes not to exceed 40% of net profits will be made before repayment of the principal on the Nestor and Passerina debts. In order to avoid conflict the parties agree that the

limited partners must agree before this debt can be repaid. Notwithstanding the terms of the Partnership Agreement to the contrary, it is agreed that the debts to Nestor and Passerina cannot be paid unless the limited partners agree to pay these debts by vote. Huntland and Resources will collectively be entitled to one vote and each other limited partner will be entitled to one (1) vote on this matter with a majority necessary in order to make partial or full payment of these debts. With respect to the Huntland debt, this debt is documented with a promissory note requiring monthly payments. These monthly payments will continue as provided for in the note. However if Loadcraft is able to pay this debt in full the same requirement as stated above will be required. Interest payments on these debts will continue and will not require partner approval for payment thereof.

8.  Loadcraft currently does not have any direct line of credit with a financial institution to use in its daily business operations. Instead Terry McIver has arranged a line of credit for an entity of his, Cornerstone Operating, L.L.C. with Citizens National Bank in Brownwood which is being used in effect as Loadcraft's line of credit. The parties agree that this liability of Loadcraft will be considered and treated as a bank obligation and not debt of Loadcraft owed to its owners, payment of which is addressed above in Paragraph 7.

9.  The parties hereto agree that the Partnership Agreement will be amended in its entirety on or before December 31, 2017. All limited partners must agree to the changes in the Partnership Agreement.

10.  The Stipulation of Interest portions of this Agreement shall contain such words of grant as are required to accomplish the above described results.

11.  Each of the parties hereto ratifies and confirms the Agreement of Limited Partnership of Loadcraft Industries, Ltd. dated November ___, 2004, except to the extent it conflicts with the terms of this Agreement.

12.  New and replacement unit certificates will be issued to all parties after execution of this Agreement.

13.  This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective executors, administrators, personal representatives, heirs, successors and assigns.

14.  This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Texas.

15.  Each of the parties hereto agrees to execute and deliver any and all further agreements, documents or instruments reasonably necessary to effectuate this Agreement.

**Executed and Effective** as of the days and year above written.

Loadcraft Industries, Ltd.

By _____
Terry Lynn McIver, President of
Brady Plant Operators, L.L.C.,
General Partner of
Loadcraft Industries, Ltd.

Brady Plant Operators, L.L.C.

By _____
Terry Lynn McIver, President

Huntland Properties, Ltd.

By _____
Terry Lynn McIver, President of
Cornerstone Operating, L.L.C.,
General Partner of
Huntland Properties, Ltd.

Huntland Resources, L.L.C.

By _____
Terry Lynn McIver, President

J Bar T, Ltd.

By _____
Donald L. Barley, President of
KDLT Resources, L.L.C.,
General Partner of
J Bar T, Ltd.

Nestor Outcomes, LLC

By _____
Charles Hinkle,
Sole Member and Manager

Alphonso Energy, LLC

By _____
Brian Alphonso, Manager

Passerina Ciris, LLC

By _Ruth Ann McIver_
Ruth Ann McIver, President

B·A

## AMENDMENT TO
## OWNERSHIP OF INTEREST
## AND OPERATIONS AGREEMENT

This Amendment to Ownership of Interest and Operations Agreement (hereinafter the "Amendment") is made and entered into this ____ day of May, 2017, by and between Brady Plant Operators, L.L.C. (hereinafter referred to as "BPO"), Huntland Properties, Ltd. (hereinafter referred to as "Huntland"), Huntland Resources, L.L.C. (hereinafter referred to as "Resources"), J Bar T, Ltd (hereinafter referred to as "JBT"), Nestor Outcomes LLC (hereinafter referred to as "Nestor"), Passerina Ciris, LLC (hereinafter referred to as "Passerina"), Alphonso Energy, LLC (hereinafter referred to as "Alphonso"), and Loadcraft Industries, Ltd (hereinafter referred to as "Loadcraft").

**Whereas**, BPO, Huntland, Resources, JBT, Nestor, Passerina, Alphonso, and Loadcraft entered into the Ownership of Interest and Operations Agreement dated May ____, 2017 (hereinafter, the "Agreement"), a copy of which is attached as the hereby incorporated Exhibit A;

**Whereas**, the parties mutually intend and desire to amend the Agreement as set forth herein.

**Now, Therefore**, for and in consideration of the mutual promises and agreements contained herein, the parties do hereby stipulate and agree as follows:

1. As of the date first set forth above, the Agreement is amended to include the following provision:

The parties agree that Alphonso shall have the option to require Loadcraft make an Internal Revenue Code section 754 election (754 election) when it files its 2017 limited partnership tax return. Prior to the filing of Loadcraft's 2017 tax return, the tax preparer shall request of Alphonso whether it wants to have Loadcraft make the 754 election. Alphonso shall respond by email or letter about its decision to the tax preparer within 30 days of receipt of the request.

2. In the event of any conflict or inconsistency between the terms of this Amendment and the terms of the Agreement, the terms of this Amendment shall take precedence.

**Executed and Effective** as of the day and year first above written.

Loadcraft Industries, Ltd.

By: _____
Terry Lynn McIyer, President of Brady
Plant Operators, L.L.C., General Partner
of Loadcraft Industries, Ltd.

Brady Plant Operators, L.L.C.

By: _____
Terry Lynn McIver, President

ak:\4929.002\Amendment to Loadcraft Agreement.docx

Huntland Properties, Ltd.

By: _____
Terry Lynn McIver, President of
Cornerstone Operating, L.L.C., General
Partner of Huntland Properties, Ltd.


Huntland Resources, L.L.C.

By: _____
Terry Lynn McIver, President


J Bar T, Ltd.

By: _____
Donald L. Barley, President of KBRT
Resources, L.L.C., General Partner of J
Bar T, Ltd.


Nestor Outcomes, LLC

By: _____
Charles Hinkle, Sole Member and
Manager


Alphonso Energy, LLC

By: _____
Brian Alphonso, Manager


Passerina Ciris, LLC

By: _____
Ruth Ann McIver, President


ak:\4929.002\Amendment to Loadcraft Agreement.docx

# EXHIBIT A
## Ownership of Interest and Operations Agreement

*[Immediately Follows.]*