# UNANIMOUS CONSENT
# OF
# SOLE MEMBER
# OF
# BRADY PLANT OPERATORS, L.L.C.

### November 11, 2020

The undersigned, being the sole Member of Brady Plant Operators, L.L.C., a Texas Limited Liability Company, acting pursuant to the provisions of the Texas Business Organizations Code, Section 6.201, hereby consents that when the sole Member has signed this consent or an exact counterpart thereof, the resolutions as hereinafter set forth shall be deemed to have been adopted to the same extent and shall have the same force and effect as if adopted at a formal meeting of the Members of the Company, duly called and held for the purpose of acting upon a proposal to adopt such resolution, to wit:

**Whereas,** the Company is the general partner of Loadcraft Industries, Ltd.; and

**Whereas,** the Company has decided that it is advantageous for the Company to update the Managers for the Company due to the sudden and unexpected departure of Charles Hinkle as the Chief Financial Officer for Loadcraft Industries, Ltd.

**Now, Therefore, Be It:**

**Resolved,** That Charles Hinkle be removed as a Manager of the Company effective November 11, 2020.

**Further Resolved,** That the Managers of the Company effective November 11, 2020, be as follows:

Terry McIver

Grady McIver

Glorious Splendor, LLC

**Dated and Effective** this 11th day of November, 2020.

_Terry McIver_
Terry McIver

EXHIBIT "C"