## WRITTEN CONSENT OF THE MANAGERS OF BRADY PLANT OPERATORS, LLC IN LIEU OF A SPECIAL MEETING OF THE MANAGERS

The undersigned Members and Managers of Brady Plant Operators, LLC (the "Company"), pursuant to Sections 101.356 and 101.359 of the Texas Business Organizations Code, being the majority of the Managers of the Company, do hereby waive notice and call of, and in lieu of a special meeting of the Managers, do hereby consent that the following resolutions be deemed to be adopted to the same extent and effect as if adopted at formal meetings of the Managers, duly called and held for the purpose of acting upon the proposals to enact such resolutions which are as follows:

*Actions by Managers*

**WHEREAS**, the Managers desire to retain Waller Lansden Dortch & Davis, LLP as bankruptcy counsel for Loadcraft Industries, Ltd.;

**NOW THEREFORE, BE IT:**

**RESOLVED,** that Waller Lansden Dortch & Davis LLP are retained as bankruptcy counsel for Loadcraft Industries, Ltd.; and

**FURTHER RESOLVED** that Brian Alphonso, the authorized representative of Glorious Splendor Too, LLC is authorized to execute any and all documents necessary to retain the services of Waller Lansden Dortch & Davis LLP.

*Actions by Managers*

**WHEREAS**, the Managers have determined that it is in the best interest of the company for Waller Lansden Dortch & Davis LLP file Chapter 11 bankruptcy for Loadcraft Industries, Ltd.;

**NOW THEREFORE, BE IT:**

**RESOLVED,** that Waller Lansden Dortch & Davis LLP is authorized to file Chapter 11 bankruptcy for Loadcraft Industries, Ltd.

*Actions by Managers*

**WHEREAS** Terry McIver has not operated Loadcraft Industries, Ltd. using good business judgment. In fact, there is evidence that Mr. McIver has failed to fulfill his duties, violated the by-laws, violated the Company Agreement and has breached his fiduciary duties to Loadcraft Industries, Ltd.

**NOW THEREFORE, BE IT:**

**RESOLVED,** that Charles Hinkle is authorized to terminate Terry McIver and any

WRITTEN CONSENT OF THE MANAGERS OF BRADY PLANT OPERATORS, LLC
IN LIEU OF A SPECIAL MEETING OF THE MANAGERS

**EXHIBIT "E"**

other person(s) he believes would be in the best interest of Loadcraft Industries, Ltd.; and

**FURTHER RESOLVED,** that Charles Hinkle is to remove Terry McIver's authority to act on behalf of Loadcraft Industries, Ltd. with any banking institution; and

**FURTHER RESOLVED,** that Charles Hinkle is to take possession of all keys, computers, thumb drives, and other items of Loadcraft Industries, Ltd from Terry McIver and to escort him off of the Loadcraft Industries, Ltd. or Glider Products LLC properties; and

**FURTHER RESOLVED,** - that Charles Hinkle has all necessary authority to direct the activities of Loadcraft Industries, Ltd. and to appear for Loadcraft in the Chapter 11 case or any other legal matter as its representative.

IN THE EVENT THAT THIS WRITTEN CONSENT IS NOT EXECUTED BY ALL OF THE MANAGERS OF THE COMPANY, THEN, PURSUANT TO SECTION 101.358 OF THE TEXAS BUSINESS ORGANIZATIONS CODE, THE UNDERSIGNED MEMBERS OF THE COMPANY, BEING MANAGERS HOLDING NOT LESS THAN THE MINIMUM NUMBER OF VOTES THAT WOULD BE NECESSARY TO TAKE THE ACTIONS HEREUNDER AT A MEETING AT WHICH ALL MANAGERS ENTITLED TO VOTE ON SUCH ACTIONS WERE PRESENT AND VOTED, DO HEREBY WAIVE NOTICE AND CALL OF, AND IN LIEU OF A SPECIAL MEETING OF THE MANAGERS, DO HEREBY CONSENT THAT THE FOREGOING RESOLUTIONS BE DEEMED TO BE ADOPTED TO THE SAME EXTENT AND EFFECT AS IF ADOPTED AT A FORMAL MEETING OF THE MANAGERS DULY CALLED AND HELD FOR THE PURPOSE OF ACTING UPON THE PROPOSALS TO ENACT SUCH RESOLUTIONS.

EXECUTED TO BE EFFECTIVE on the first date on which this Written Consent is delivered to the Company by delivery to its registered office, its principal place of business, or the Managers, by hand delivery or certified or registered mail, return receipt requested.

GLORIOUS SPLENDOR TOO, LLC

BY: _S Alphoso_

   Brian Alphonso, Member

Date: _____

TERRY McIVER

_____

Date: _____

CHARLES HINKLE

_Charles Hinkle_
Charles Hinkle (Dec 23, 2021 14:07 EST)

   Dec 23, 2021
Date: _____

# 2021-12-23 Written Consent - Brady Operators Managers

Final Audit Report                                                2021-12-23

| | |
|---|---|
| Created: | 2021-12-23 |
| By: | Katherine Walters (kwalters@rg-austin.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAoTD24aM9U0SKu9E5Ly1clO-Zq-lu6A_P |

## "2021-12-23 Written Consent - Brady Operators Managers" History

📄 Document created by Katherine Walters (kwalters@rg-austin.com)
   2021-12-23 - 7:00:40 PM GMT- IP address: 64.183.177.162

📧 Document emailed to Charles Hinkle (chinkle@zylotherapeutics.com) for signature
   2021-12-23 - 7:01:24 PM GMT

📄 Email viewed by Charles Hinkle (chinkle@zylotherapeutics.com)
   2021-12-23 - 7:02:03 PM GMT- IP address: 173.239.199.129

✍️ Document e-signed by Charles Hinkle (chinkle@zylotherapeutics.com)
   Signature Date: 2021-12-23 - 7:03:27 PM GMT - Time Source: server- IP address: 173.239.199.129

✅ Agreement completed.
   2021-12-23 - 7:03:27 PM GMT

 Adobe Sign



**LTD**

**LCI-API-RIGS**
**Loadcraft Industries LTD.**
**Manufacturing Facilities at Brady, Texas**
**325-597-2911 • 325-597-0781**

December 29, 2021

To Terry McIver:

The managers of the General Partner of Loadcraft have decided to immediately terminate your employment with Loadcraft for cause. There is evidence that you have attempted to enter into transactions with third parties without proper approval or consent of the General Partner, failed to fulfill your duties, violated the Company's by-laws, violated the Company Agreement and have breached your fiduciary duties to Loadcraft Industries, Ltd. Your employment with the company as well as your position as a manager of Brady Plant Operators, LLC is TERMINATED EFFECTIVE IMMEDIATELY.

You are directed to turn-in all company assets including but not limited to: keys, computer, materials and documents, cell phone to Charles Hinkle.

You are directed and instructed to no longer use the company name; attempt to sign any documents on behalf of the company; represent to any third-party that you are an employee, officer, or contractor to the company; interfere with the company and its employees; customers or vendors in any way except to the extent of your actual interest in the general partner of Loadcraft; and subject to the partnership agreement as it has been amended and modified.

The Company will provide all notices to you that are required at law and will provide all benefits, if any, required by law.

Loadcraft Industries, Ltd.
by the Authorized Manager of its General Partner
Brady Plant Operators, LLC


_____
Charles Hinkle, Authorized Manager