# WRITTEN CONSENT OF THE MAJORITY OF THE LIMITED PARTNERS OF LOADCRAFT INDUSTRIES, LTD.
# IN LIEU OF A SPECIAL MEETING OF THE LIMITED PARTNERS

The undersigned majority of the limited partners of Loadcraft Industries, Ltd. (the "Company"), pursuant to Sections 6.201, 6.202 of the Texas Business Organizations Code and 6.11 of the Limited Partnership Agreement, being the majority of the limited partners of the Company, without the requirement of a notice and meeting do hereby consent that the following resolutions be deemed to be adopted to the same extent and effect as if adopted at formal meetings of the limit partners, duly called and held for the purpose of acting upon the proposals to enact such resolutions which are as follows:

*Actions by Majority of Limited Partners*

**WHEREAS**, the majority of the limited partners desire to remove Brady Plant Operators LLC as the general partner of the Company; and

**WHEREAS,** the majority of the limited partners desire to appoint Glorious Splendor Too, LLC as the new general partner of the Company; and

**WHEREAS**, the majority of the limited partners desire to continue the Company.

**NOW THEREFORE, BE IT:**

**RESOLVED,** that Brady Plant Operators LLC is removed as the general partner of the Company and Glorious Splendor Too, LLC is elected as the new general partner of the Company; and

**RESOLVED**, that the limited partnership Loadcraft Industries, Ltd. shall continue.

EXECUTED TO BE EFFECTIVE on the first date on which this Written Consent is delivered to the Company by delivery to its registered office, its principal place of business, or the limited partners, by hand delivery or electronic mail.

GLORIOUS SPLENDOR TOO, LLC by Brian Alphonso, Manager

BY: *B. Alphoso*
Brian Alphonso, Manager

Date: December 31, 2021

NESTOR OUTCOMES, LLC by Charles Hinkle, Manager

*Charles E. Hinkle*

Date: December 31, 2021

# WRITTEN CONSENT OF THE MANAGERS OF GLORIOUS SPLENDOR TOO, LLC
# IN LIEU OF A SPECIAL MEETING OF THE MANAGERS

The undersigned Members and Managers of Glorious Splendor Too, LLC (the "Company"), pursuant to Sections 101.356 and 101.359 of the Texas Business Organizations Code, being the majority of the Managers of the Company, do hereby waive notice and call of, and in lieu of a special meeting of the Managers, do hereby consent that the following resolutions be deemed to be adopted to the same extent and effect as if adopted at formal meetings of the Managers, duly called and held for the purpose of acting upon the proposals to enact such resolutions which are as follows:

*Actions by Managers*

**WHEREAS** Terry McIver has not operated Loadcraft Industries, Ltd. using good business judgment. In fact, there is evidence that Mr. McIver has failed to fulfill his duties, violated the Partnership Agreement and has breached his fiduciary duties to Loadcraft Industries, Ltd.

**NOW THEREFORE, BE IT:**

**RESOLVED,** that Charles Hinkle is authorized to terminate Terry McIver and any other person(s) he believes such termination(s) would be in the best interest of Loadcraft Industries, Ltd.; and

**FURTHER RESOLVED,** that Charles Hinkle is authorized to remove Terry McIver's authority to act on behalf of Loadcraft Industries, Ltd. with any banking institution; and

**FURTHER RESOLVED,** that Charles Hinkle is authorized to take possession of all keys, computers, thumb drives, and other items of Loadcraft Industries, Ltd from Terry McIver and to escort him off of the Loadcraft Industries, Ltd. or Glider Products LLC properties; and

**FURTHER RESOLVED**, that Charles Hinkle has all necessary authority to direct the activities of Loadcraft Industries, Ltd. and to appear for Loadcraft in the Chapter 11 case or any other legal matter as its representative; and

**FURTHER RESOLVED**, that Charles Hinkle is employed by Loadcraft Industries, Ltd. as the Chief Executive Officer of Loadcraft Industries, Ltd.

IN THE EVENT THAT THIS WRITTEN CONSENT IS NOT EXECUTED BY ALL OF THE MANAGERS OF THE COMPANY, THEN, PURSUANT TO SECTION 101.358 OF THE TEXAS BUSINESS ORGANIZATIONS CODE, THE UNDERSIGNED MEMBERS OF THE COMPANY, BEING MANAGERS HOLDING NOT LESS THAN THE MINIMUM NUMBER OF VOTES THAT WOULD BE NECESSARY TO TAKE THE ACTIONS HEREUNDER AT A MEETING AT WHICH ALL MANAGERS ENTITLED TO VOTE ON SUCH ACTIONS

WERE PRESENT AND VOTED, DO HEREBY WAIVE NOTICE AND CALL OF, AND IN LIEU OF A SPECIAL MEETING OF THE MANAGERS, DO HEREBY CONSENT THAT THE FOREGOING RESOLUTIONS BE DEEMED TO BE ADOPTED TO THE SAME EXTENT AND EFFECT AS IF ADOPTED AT A FORMAL MEETING OF THE MANAGERS DULY CALLED AND HELD FOR THE PURPOSE OF ACTING UPON THE PROPOSALS TO ENACT SUCH RESOLUTIONS.

EXECUTED TO BE EFFECTIVE on the first date on which this Written Consent is delivered to the Company by delivery to its registered office, its principal place of business, or the Managers, by hand delivery or electronic mail.

GLORIOUS SPLENDOR TOO, LLC

BY: *B. Alphoso*
Brian Alphonso, Manager

Date: December 31, 2021

GLORIOUS SPLENDOR TOO, LLC

BY: *Nisha Alphonso*
Nisha Alphonso, Manager

Date: December 31, 2021